UST-31, 7-91

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

In re: ) Chapter 7
)
CROWE III, EDWARD CROMWELL ) Case No. 08-14919TUC JMM
CROWE, SOFIA ANNA )
)
) PETITION TO PAY
) DIVIDEND IN AMOUNT LESS THAN
Debtor(s) ) $5.00 TO THE CLERK OF THE
) U.S. BANKRUPTCY COURT

Gayle E. Mills, Trustee, reports that the following dividend(s) in amounts less than $5.00 were declared, and that pursuant to Bankruptcy Rule 3010 requests that such dividend(s) not be distributed to creditors, but shall be treated in the same manner as unclaimed funds as provided in §347 of the Code.

| CLAIM NO. | CREDITOR'S NAME AND ADDRESS | AMOUNT |
|---|---|---|
| 5 | Radiology LTD PLC<br>PO Box 12249<br>Tucson, AZ 85732 | $ 1.25 |
| 8 and 9 | BGE<br>P.O.BOX 1475<br>Baltimore, MD 21201 | $ 3.05 and<br>$ 2.56 |
| | TOTAL = | $ 6.86 |

March 31, 2011                    /s/ Gayle E. Mills
Date                              Gayle E. Mills, Trustee